UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIMEON OHAKPO,

      Plaintiff,

Case No. 12-14415

Honorable John Corbett O'Meara

v.

CITY OF DETROIT,

      Defendant.
                                                  /

## ORDER OF PARTIAL DISMISSAL

Plaintif Simeon Ohakpo filed a three-count, employment discrimination suit in this court October 5, 2012. Count I alleges violations of Title VII, 42 U.S.C. § 20003-3(a); Count II alleges violations of 42 U.S.C. § 1981; and Count III alleges violations of Michigan's Elliott-Larsen Civil Rights Act.

Although Plaintiff's causes of action arising under federal statutes are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Therefore, it is hereby **ORDERED** that Count III is **DISMISSED.**

                                           s/John Corbett O'Meara
                                           United States District Judge

Date: November 13, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, November 14, 2012, using the ECF system.

s/William Barkholz
Case Manager